IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROSE M. SMITH                                                                                     PLAINTIFF

vs.                                    Civil No. 1:12-cv-01014

MICHAEL J. ASTRUE                                                                          DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Defendant's Motion to Reverse and Remand.  ECF No. 13.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On August 10, 2012, Defendant filed the present Motion.  ECF No. 13.  Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.*  This Court has contacted Plaintiff, and Plaintiff has no objections to this Motion.  Accordingly, Defendant's Motion to Reverse and Remand (ECF No. 13) is **GRANTED.**  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 22nd day of August 2012.**

                                                          s/  Barry A. Bryant
                                                          HON. BARRY A. BRYANT
                                                          U. S. MAGISTRATE JUDGE