IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROSE M. SMITH                                                                                              PLAINTIFF

vs.                                         Civil No. 1:12-cv-01014

MICHAEL J. ASTRUE                                                                                    DEFENDANT
Commissioner, Social Security Administration

**J U D G M E N T**

      For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

      **IT IS SO ORDERED this 22nd day of August 2012.**

      /s/  Barry A. Bryant
      HON. BARRY A. BRYANT
      U. S. MAGISTRATE JUDGE